UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DR. ANNETTE TEIJEIRO, an individual;
ERNEST FITZPATRICK, an individual;
MARIO ROCHA, an individual; MARTHA
KIMPEL, an individual;; MAUREEN
KARAS, an individual; and JENNIFER
WILLIAMS, an individual,

        Plaintiffs,

v.

MICHAEL SCHNEIDER, in his capacity as
President Pro Tempore of the Nevada Senate;
JOHN OCEGUERA, in his official capacity
as Speaker of the Nevada Assembly; and
DEBBIE SMITH, in her official capacity as
Speaker Pro Tempore of the Nevada
Assembly,

        Defendants.

3:11-cv-00330-LRH-RAM

<u>ORDER</u>

WHEREAS Plaintiffs' Complaint for Declaratory and Injunctive Relief (doc. #1)[1] and Plaintiffs' Request for Appointment of a Three Judge Court (doc. #2) were filed on May 9, 2011 and Plaintiffs' complaint concerns alleged voting rights violations based upon population expansion within the voting districts of the State of Nevada, and

IT FURTHER APPEARING that the seventy-sixth (76th) session of the Nevada Legislature

---

[1] Refers to the court's docket entry number.

1  is presently considering bills providing for the redistricting of voting districts for seats in the
2  Nevada Assembly and Senate, as well as for the Nevada Delegation to the United States House of
3  Representatives, and
4       IT FURTHER APPEARING that a three judge panel is not required at this time.
5       GOOD CAUSE APPEARING, action upon Plaintiffs' Complaint and Request is stayed
6  pending completion of the seventy-sixth (76th) Session and any related special sessions of the
7  Nevada Legislature. This stay may be lifted upon formal request by any party within the thirty (30)
8  day period following the final session.
9       IT IS SO ORDERED.
10      DATED this 18th day of May, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2