1
2
3
4
5

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| DR. ANNETTE TEIJEIRO, an individual; ERNEST FITZPATRICK, an individual; MARIO ROCHA, an individual; MARTHA KIMPEL, an individual; MAUREEN KARAS, an individual; and JENNIFER WILLIAMS, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL SCHNEIDER, in his capacity as President Pro Tempore of the Nevada Senate; JOHN OCEGUERA, in his official capacity as Speaker of the Nevada Assembly; and DEBBIE SMITH, in her official capacity as Speaker Pro Tempore of the Nevada Assembly;<br><br>Defendants. | 3:11-cv-00330 LRH-WGC<br><br>ORDER |

Before the court is Defendants' Motion to Lift Stay (#8), which was filed on September 26, 2011. No response has been filed. Defendants request that the stay be lifted so they can seek dismissal from the case. Good cause appearing,

Defendants' Motion to Lift Stay (#8) is GRANTED.

Also before the court is the parties' Stipulation for Extension of Time for Plaintiffs to Respond to Defendants' Motion to Dismiss (second request) (#11). The court hereby GRANTS the Stipulation (#11).

///

1    IT IS THEREFORE ORDERED that the stay in this matter is lifted.

2    IT IS FURTHER ORDERED that Plaintiffs shall have to and including November 14,
3    2011 to respond to Defendants' Motion to Dismiss (#9).
4    IT IS FURTHER ORDERED that Defendants shall have to and including November 28,
5    2011 to file their Reply in Support of the Motion to Dismiss.

6

7    IT IS SO ORDERED.

8    DATED this 4th day of November, 2011.

9
10
11    _____
      LARRY R. HICKS
12    UNITED STATES DISTRICT JUDGE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28