UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DR. ANNETTE TEIJEIRO, an individual; ERNEST FITZPATRICK, an individual; MARIO ROCHA, an individual; MARTHA KIMPEL, an individual; MAUREEN KARAS, an individual and JENNIFER WILLIAMS, an individual,<br><br>                Plaintiffs,<br><br>vs.<br><br>MICHAEL SCHNEIDER, in his capacity as President Pro Tempore of the Nevada Senate; JOHN OCEGUERA, in his official capacity as Speaker of the Nevada Assembly; and DEBBIE SMITH, in her official capacity as Speaker Pro Tempore of the Nevada Assembly,<br><br>                Defendants. | CASE NO.: 3:11-cv-00330-LRH-WGC<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)**<br><br>**AND ORDER THEREON** |

   Pursuant to Fed.R.Civ.P. 41(a)(1), plaintiffs, by and through their counsel, RANDS, SOUTH & GARDNER, and defendants, by and through their counsel, KEVIN C. POWERS, Senior Principal Deputy Legislative Counsel, NEVADA LEGISLATIVE COUNSEL BUREAU, stipulate and agree that the above-referenced matter be dismissed without prejudice, each party to assume and pay its own court costs and attorney's fees.

\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*

1

DATED this 29th day of _____, 2011.

RANDS, SOUTH & GARDNER

By_____
Douglas R. Rands
9498 Double R Blvd., Suite A
Reno, Nevada  89521
Attorneys for Plaintiffs

DATED this 28TH day of NOVEMBER, 2011.

NEVADA LEGISLATIVE COUNSEL BUREAU,
LEGAL DIVISION

By_____
Kevin C. Powers
Senior Principal Deputy Legislative Counsel
Nevada Bar No. 6781
401 S. Carson Street
Carson City, Nevada  89701
Attorneys for Defendants

ORDER

IT IS SO ORDERED.

DATED this 2nd day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE